**FILED**

06/24/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0177

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0177

---

IN THE MATTER OF P.R.S.,

                                                      O R D E R

        Youth in Need of Care.

---

This Court reviews briefs to ensure compliance with Rules 10-13 of the Montana Rules of Appellate Procedure. After reviewing the Appellant's brief filed on June 23, 2022, this Court has determined that the brief does not comply with the Rules and must be resubmitted.

M. R. App. P. 10(2) requires that all briefs appealing proceedings regarding abused or neglected children shall be served on both the County Attorney and the Attorney General. The certificate of service on the Appellant's Brief indicates that it was served only on the Yellowstone County Attorney, not upon the Attorney General. The Court will accept Appellant's brief for filing after it has been served upon the Attorney General.

Therefore,

IT IS ORDERED that Appellant shall, within twenty (20) days, serve a copy of Appellant's brief on the Attorney General of the State of Montana and shall refile the brief with the Clerk of this Court including an amended Certificate of Service indicating such service;

IT IS FURTHER ORDERED that no changes, additions, or deletions other than those specified in this Order may be made to the brief as originally filed.

IT IS FURTHER ORDERED that the times for any subsequent briefing contained in M. R. App. P. 13 shall run from the date of filing of the revised brief.

The Clerk of this Court is directed to mail a true copy of this Order to counsel for

Appellant and to mail a true copy of this Order to all counsel upon whom the brief was served.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
June 24 2022